UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re: Bryan Egan | District No.   2:11-ms-0049 |

ORDER TEMPORARILY UNSEALING TRANSCRIPT

    On September 8, 2011 the court ordered that Transcript of the hearing held on April 26, 2011 be prepared for Daniel Schiess, counsel for the government and Chris T. Rasmussen, court-appointed counsel for the defendant, in which **a portion of the hearing is sealed.**

    **IT IS THE ORDER OF THE COURT** that portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing.

    **IT IS FURTHER ORDERED** that the portion of the sealed recording shall thereafter be resealed by the Clerk, until further order of this Court.

    **IT IS FURTHER ORDERED** that Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

    DATED this 9th day of September, 2011.

_____
Lawrence R. Leavitt
United States Magistrate Judge